UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| CECILIA BENGUE TOBY, | ) | |
| | ) | CASE NO. 15-58661-JRS |
| | ) | |
| DEBTOR. | ) | |

**CHAPTER 13 TRUSTEE'S**
**OBJECTION TO CONFIRMATION OF PLAN & MOTION TO DISMISS CASE**

COMES NOW Adam M. Goodman, Chapter 13 Trustee, and Objects to Confirmation of the Plan and files this Motion to Dismiss Case under 11 U.S.C. Section 1307(c), for cause, including the following reasons:

1. The Debtor has failed to maintain payments into this case as required by 11 U.S.C. Section 1326.

2. The Plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d).

3. The Debtor has failed to provide the Trustee with a copy of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

4. The Chapter 13 Plan proposes for the Trustee to disburse attorney fees; however, the Trustee is unable to administer the provision as it is currently written (fees and costs do not add up).

5. Pursuant to testimony at the meeting of creditors, the Debtor has not filed all tax returns that have come due in the four (4) years preceding the filing of this case, in violation of 11 U.S.C. Section 1308 (a). The Debtor should provide evidence that the tax returns have been filed for 2012, 2013 and 2014.

6. Debtor's Schedule I fails to accurately reflect employment information; thereby, preventing the Chapter 13 Trustee from determining the feasibility of the proposed Plan, in violation of 11 U.S.C. Section 1325 (a)(6).

Adam M. Goodman,
Standing Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

7. In accordance with General Order No. 6-2006 and the annexed Statement of Rights and Responsibilities, the Debtor's attorney should timely provide proof of Debtor's $1,083.00 monthly income, $449.00 monthly social security income, $824.00 monthly social security income, $120.00 monthly food stamp income, $164.00 monthly pension and $122.00 monthly income from Emory Medical to the Chapter 13 Trustee. 11 U.S.C. Sections 521(a)(1), 1325(a)(3), 1325(a)(6), 1325(b)(1)(B) and Bankruptcy Rule 1007.

8. Pursuant to information received from the Internal Revenue Service, 2012, 2013 and 2014 tax returns have not been provided to the taxing authorities; thereby, preventing the Chapter 13 Trustee from evaluating the feasibility of the Chapter 13 Plan, in violation of 11 U.S.C. Sections 1322(d) and 1325(a)(6).

9. Pursuant to testimony from the meeting of creditors, it appears that Debtor is represented by counsel in a pending/or anticipated non-bankruptcy litigation. The attorney, Bobby Nyenku, has not been approved as special counsel by the Bankruptcy Court, in violation of 11 U.S.C. Section 329 and Bankruptcy Rules 2016 and 2017.

WHEREFORE, Trustee moves this Honorable Court to inquire into the above objections at the separately scheduled and noticed Confirmation Hearing, deny Confirmation of the Chapter 13 Plan, dismiss the case, and for such other and further relief that this Court deems just and proper.

/s/Adam M. Goodman
Adam M. Goodman
Standing Chapter 13 Trustee
GA Bar No. 300887

Adam M. Goodman,
Standing Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| CECILIA BENGUE TOBY, ) | |
| ) | CASE NO. 15-58661-JRS |
| ) | |
| DEBTOR. ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served

DEBTOR:

    CECILIA BENGUE TOBY
    2492 FIELD SPRING DRIVE
    LITHONIA, GA 30058

ATTORNEY FOR DEBTOR:

    WALDEN, GOODHART, HARDEN & NEW
    315 W. PONCE DE LEON AVENUE
    SUITE 757
    DECATUR, GA 30033

the above in the foregoing matter with a copy of this Objection to Confirmation of Plan and Motion to Dismiss Case by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 22nd day of June 2015.


/s/Adam M. Goodman
Adam M. Goodman,
Standing Chapter 13 Trustee
GA Bar No. 300887


Adam M. Goodman,
Standing Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444