UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                    ) CHAPTER 13
                                          )
CECILIA BENGUE TOBY                       ) CASE NO. 15-58661-PMB
                                          )
                                          )
        DEBTOR.                           )

## CHAPTER 13 TRUSTEE'S
## SUPPLEMENTAL OBJECTION TO CONFIRMATION
## & MOTION TO DISMISS

COMES NOW Adam M. Goodman, Chapter 13 Trustee, and objects to confirmation of the plan and files this motion to dismiss under 11 U.S.C. Section 1307(c), for cause, including the following reasons:

1.      Debtor's Plan contains language about the Court making a finding regarding redemption of a title pawn that will have to be approved by the Court.

WHEREFORE, Trustee moves this Honorable Court to inquire into the above objections at the separately scheduled and noticed confirmation hearing, deny confirmation of the Chapter 13 plan, dismiss the case, and for such other and further relief that this Court deems just and proper.

/s/ Jason L. Rogers
Jason L. Rogers
Attorney for Chapter 13 Trustee
GA Bar No. 142575

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                    )        CHAPTER 13
Cecilia Bengue Toby                       )
                                          )        CASE NO.: 15-58661-PMB
                                          )
              DEBTOR.                     )

15-58661-PMB                    **CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

          DEBTOR(S):
          Cecilia Bengue Toby
          2492 Field Spring Drive
          Lithonia, GA  30058

          DEBTOR(S) ATTORNEY:
          Walden, Goodhart, Harden & New `
          315 W. Ponce De Leon Avenue
          Suite 757
          Decatur, GA  30033

in the foregoing matter with a copy of this Objection to Confirmation & Motion to Dismiss by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

Monday, August 10, 2015


/s/
Jason L. Rogers
GA Bar No. 142575
Attorney for Adam M. Goodman, Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:  678-510-1444
Facsimile:   678-510-1450