**IT IS ORDERED as set forth below:**



**Date: January 26, 2016**

_Paul Baisier_

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| CECILIA B. TOBY, | ) | CASE NO. 15-58661-PMB |
| | ) | |
| DEBTOR. | ) | |

**SUPPLEMENTAL ORDER OF CONFIRMATION**

Hearing on confirmation of Debtor's Chapter 13 Plan came before the Court on January 7, 2016. Debtor's counsel did not oppose Trustee's request for an extended period of strict compliance in the above-referenced Debtor's Chapter 13 case; accordingly, it is hereby

**ORDERED** that confirmation of the Debtor's plan is subject to the strict compliance terms and conditions contained herein.  Therefore, commencing

with the next Plan payment due following the entry date of this order, and continuing for twelve (12) months, Debtor shall timely make Plan payments to the Trustee on or before the Plan payment due date for each such payment. Should Debtor fail to timely make any payment due under the Plan, as presently confirmed or as subsequently modified, then the Trustee may submit a Supplemental Report recommending dismissal, and, upon receipt of such a report, the Clerk of Court is hereby authorized and directed to enter an Order of Dismissal without additional notice or hearing.

The Clerk of Court is directed to serve this Supplemental Order of Confirmation upon Debtor, Debtor's Attorney, Trustee, all creditors and parties in interest.

**[END OF DOCUMENT]**

Order Presented by:

_____/s/_____
Jason L. Rogers, Attorney
For the Chapter 13 Trustee
GA Bar No.: 142575
260 Peachtree Street
Suite 200
Atlanta, GA  30303