**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re:  Debtor(s)
    **Cecilia Bengue Toby**
    2492 Field Spring Drive
    Lithonia, GA 30058

    **xxx−xx−3130**

Case No.: **15−58661−pmb**
Chapter: **13**

**NOTICE TO CHAPTER 13 DEBTOR**
**REGARDING DOMESTIC SUPPORT OBLIGATIONS**

    If you **now** have a domestic support obligation (an obligation to pay alimony, maintenance or support of your spouse, former spouse, child or parent of your child (see 11 U.S.C. § 101(14A) for further explanation)) or if during this case, a domestic support obligation is imposed upon you then, **in order to receive your discharge,** you must be current (up−to−date) on all the payments for your domestic support obligation that:(1) came due **before** you filed your bankruptcy petition and your Chapter 13 plan required you to pay, and (2) came due **after** you filed your bankruptcy petition. See 11 U.S.C. § 1328(a). Before you receive your discharge you will be required to certify under penalty of perjury that payments on your domestic support obligations are up−to−date by filing a ***Debtor's 11 U.S.C. § 1328 certificate.*** The Chapter 13 Trustee will provide a copy of this Certificate after you have completed all payments on your confirmed Plan. **IF YOU DO NOT FILE THIS CERTIFICATE YOU WILL NOT RECEIVE A DISCHARGE AND THE CASE WILL BE CLOSED.**

    This Notice will be served upon Debtor and counsel for Debtor.

March 7, 2016
Date

_____
M. Regina Thomas
Clerk of Court
U. S. Bankruptcy Court

Form 427

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                  Case No. 15-58661-pmb
Cecilia Bengue Toby                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-9          User: asb              Page 1 of 1           Date Rcvd: Mar 07, 2016
                              Form ID: 427           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2016.
db           +Cecilia Bengue Toby,    2492 Field Spring Drive,    Lithonia, GA 30058-3840
aty          +Carson R. Walden,    Walden, Goodhart, Harden & New,    Suite 757,    315 W. Ponce de Leon Avenue,
               Decatur, GA 30030-2497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2016 at the address(es) listed below:
              Adam M. Goodman    cdsummary@13trusteeatlanta.com;cdbackup@13trusteeatlanta.com
              Adam M. Goodman    on behalf of Trustee Adam M. Goodman
               cdsummary@13trusteeatlanta.com;cdbackup@13trusteeatlanta.com
              Carson R. Walden    on behalf of Debtor Cecilia Bengue Toby cwalden@wghnlaw.com,
               bknotices@wghnlaw.com
                                                                                             TOTAL: 3